**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

August 29, 2014

MEMORANDUM TO COUNSEL

    Re:   *Wilson et al. v. Turner et al.*
            Civil Action No. 1:13-cv-03497-ELH

Dear Counsel:

    As you know, in an Order dated August 11, 2014 (ECF 31), I directed plaintiffs to show cause as to why the suit should not be dismissed, without prejudice, as to defendant Crawford Johnson's Bail Bonds, Inc., pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8(a). In a response (ECF 33), plaintiffs aver that they "were able, after multiple attempts," which they describe, to serve Crawford Johnson's Bail Bonds, Inc. on August 7, 2014. *See id.* at 1-2. Plaintiffs also observe that the Amended Complaint, which added Crawford Johnson's Bail Bonds, Inc. as a defendant, was filed on March 24, 2014, and that service occurred within 120 days of the issuance of a new summons on April 9, 2014. *See id.* at 1-2. Notably, Rule 4(m) makes clear that the 120-day period does not begin with the issuance of a new summons, but rather at the time the relevant complaint is filed. *See id.* ("If a defendant is not served within 120 days after the complaint is filed . . . ."). Nevertheless, I am persuaded, in light of plaintiffs' representations, to extend the Rule 4(m) deadline so as to allow service of Crawford Johnson's Bail Bonds, Inc. on August 7, 2014.

    Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

                                        Very truly yours,

                                           /s/

                                        Ellen Lipton Hollander
                                        United States District Judge