IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROSALEE WILSON, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>MICHAEL TURNER, *et al.*,<br>    *Defendants*. | Civil Action No. ELH-13-3497 |

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 2nd day of September, 2014, by the United States District Court for the District of Maryland, ORDERED:

Plaintiffs' Request for Entry of Default as to Defendant America's Financial Trust, LLC (ECF 14) is DENIED.

/s/
Ellen Lipton Hollander
United States District Judge