**Maryland Department of Assessments and Taxation Business Services (w2)**  Search Help

Charter Search Results for : AMERICA'S FINANCIAL TRUST, LLC

| Dept.ID | Entity Name | Entity Details | | | Status |
|---|---|---|---|---|---|
| W12862546 | AMERICA'S FINANCIAL TRUST, LLC | General Info. | Amendments | Personal Property | DISSOLVED |